IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DET. JORDEN MILLER, DET. ) | C.A. No. 13-1763 (MN) |
| BUMGARNER, LT. RICHARDSON, DET. ) | |
| SCOTT HURD, OFFICER PETER ) | |
| MARTINEK, PROBATION OFFICER ) | |
| RICK PORTER, PROBATION OFFICER ) | |
| STAGG, SGT. HUMPHREY, OFFICER ) | |
| HANNON, OFFICER PEER, OFFICER ) | |
| SCHMIDTH, CPL. WISNIEWSKI, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

WHEREAS, on March 2, 2017, the Court entered a Scheduling Order providing: "All summary judgment motions, with accompanying briefs and affidavits, if any, will be served and filed on or before August 2, 2017" (D.I. 29 at ¶ 5);

WHEREAS, the Scheduling Order also required: "Any requests for extensions of time as set forth in this Scheduling Order must be made no later than twenty-one days prior to the expiration of time" (D.I. 29 at ¶ 6);

WHEREAS, no requests for an extension for the time to file summary judgment motions was requested;

WHEREAS, on October 13, 2017 more than two months after the Court-ordered deadline, Plaintiff filed a motion for summary judgment against Probation Officer Rick Porter (D.I. 60);

WHEREAS, summary judgment is only proper if "the pleadings, depositions, answers to interrogatories and admissions on file, together with affidavits, if any, show that there is no

genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law" (Fed. R. Civ. P. 56(c));

WHEREAS, Plaintiff's motion for summary judgment contains conclusory allegations that: "Plaintiff['s] Civil Rights were violated by Officer Rick Porter when Defendant kicked plaintiff upon his body and hit Plaintiff in the head with an unknown object. Officer Porter has admitted to this assault and video show this on camera" (D.I. 60 at 3); and

WHEREAS, Plaintiff has submitted no evidence to support his allegations or to show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.

THEREFORE, IT IS HEREBY ORDERED this 19th day of October 2018 that Plaintiff's motion for summary judgment (D.I. 60) is DENIED as untimely and because Plaintiff has failed to offer evidence to show that the undisputed facts warrant judgment as a matter of law.

_____
The Honorable Maryellen Noreika
United States District Judge